IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ALVIN BRENT LANEY**,

    Defendant.

Case No. 15-62 po

Count 1: 36 C.F.R. § 261.3(a): Interfering With a Forest Officer, Volunteer, or Human Resource Program Enrollee or Giving False Report to a Forest Officer;

Count 2: 36 C.F.R. § 261.10(m): Failing to Stop a Vehicle When Directed to do so by a Forest Officer.

FILED AT LAS CRUCES
JUN 1 2 2015
MATTHEW J. DYKMAN
CLERK

## INFORMATION

The United States Attorney charges:

### Count 1

On or about January 11, 2015, the defendant, ALVIN BRENT LANEY, in Catron County, in the District of New Mexico, threatened, resisted, intimidated and interfered with a forest officer engaged in or on account of the performance of his official duties in the protection, improvement, and administration of the National Forest System.

In violation of 36 C.F.R. § 261.3(a).

Count 2

On or about January 11, 2015, the defendant, ALVIN BRENT LANEY, in Catron County, in the District of New Mexico, failed to stop a vehicle when directed to do so by a Forest Officer.

In violation of 36 C.F.R. § 261.10(m).

DAMON P. MARTINEZ
United States Attorney

ALEXANDER B. SHAPIRO
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM 88011
(575) 323-5260