## United States District Court
### Violation Notice

CVB Location Code: **B6**

| Violation Number | Officer Name | Officer No |
|---|---|---|
| FBDI001K | MANDRICK | 2220 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

FBDI001K

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | | |
|---|---|---|---|
| 01/11/2015  14:23 | FED   36CFR   2613A | | |

Place of Offense
US 180 @ MM 19

Offense Description: Factual Basis for Charge    HAZMAT ☐
RESISTING ANY FOREST OFFICER, FAILURE TO STOP

**DEFENDANT INFORMATION**  Phone ( )

| Last Name | First Name | M.I. |
|---|---|---|
| LANEY | ALVINBRENT | |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LUNA | NM | 87824 | /1987 |

| Drivers License No | CDL ☐ | D.L. State | Social Security No |
|---|---|---|---|
| [redacted] | | NM | |

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Race ___   Hair ___   Eyes BRO   Height 6'   Weight 210

**VEHICLE**   VIN ___   CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| MJF514 | NM | 2004 | FORD | | TAN |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
SEE INSTRUCTIONS (opposite)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT
SEE INSTRUCTIONS (opposite)

| | Forfeiture Amount |
|---|---|
| $25.00 | Processing Fee |
| PAY THIS AMOUNT → | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
100 church street
Las Cruces, NM

Date (mm/dd/yyyy): ___
Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Defendant Copy For Your Records

---

**INSTRUCTIONS**
- KEEP THIS COPY FOR YOUR RECORDS -

A. If BOX A on the face of this Violation Notice is checked, YOU MUST APPEAR IN COURT at the date, time and place shown. If no date, time and place are shown then you will be notified by mail of when and where to appear. You must notify the Central Violations Bureau (CVB) in writing if you change your address. If you have not received a "Notice to Appear" within 45 days, call the CVB at 800-827-2982.

B. If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

1. PAY A FIXED SUM IN LIEU OF APPEARING IN COURT. If you wish to end your case without appearing in court, submit payment by check, money order, or credit card. Use the enclosed envelope. Include the stub from the Violation Notice with your payment. DO NOT SEND CASH. Write the violation number and location code that appear on the top front portion of the Violation Notice on your check or money order and make it payable to the "Central Violations Bureau." Alternatively, you may submit payment on-line at www.cvb.uscourts.gov. Make your payment within 30 days.

By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial and (3) to be represented by counsel.

If you are charged with a motor vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state. A drivers-education course may be an option to avoid these consequences. If you are interested in a driver education course, do not pay the amount due. Call the Central Violations Bureau at 800-827-2982 for further information.

**OR**

2. APPEAR IN COURT. If a date, time, and place for you to appear in court is shown on the front of this Violation Notice, you must appear in court at that time. If no date is shown, you will be notified by mail of the date and time to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear" within 45 days, call the Central Violations Bureau at 800-827-2982. If you appear before the court and plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes, not limited to the amount due shown on the violation notice, and will add a special assessment of $5, 10 or $25 for each offence.

**NOTICE**

If you fail to pay the amount due or to appear in court on the date and time scheduled, the United States District Court may issue a summons ordering you to appear or issue a warrant for your arrest. If you are charged with a motor-vehicle violation, the court may also report your failure to pay or appear to your state's motor-vehicle or driver-licensing agency, which may affect your driving privileges, or your vehicle registration, or both.

Payment address:
Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363
Phone Number 800-827-2982

Corresepondence address:
Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549
Website: www.cvb.uscourts.gov


GOVERNMENT EXHIBIT 1

## United States District Court
### Violation Notice

| CVB Location Code |
|---|
| B6 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDI001L | MANDRICK | 2220 |

FBDI001L

### YOU ARE CHARGED WITH THE FOLLOWING

| Date and Time of Offense | Offense |
|---|---|
| 01/11/2015  15:00 | FED  36CFR  2613A |

**Place of Offense**
US HWY 180 @ MM19

**Offense Description: Factual Basis for Charge**          HAZMAT ☐
RESISTING ANY FOREST OFFICER

---

**DEFENDANT**    Phone ( )

| Last Name | First Name | M. |
|---|---|---|
| LANEY | ALVINBRENT | |

Street Address: [redacted]

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LUNA | NM | 87824 | [redacted] 1987 |

Drivers License: [redacted]   CDL ☐   D.L. NM   Social Security: [redacted]

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Race:   Hair:   Eyes: BR   Height: 6'0"   Weight: 210

### VEHICLE   VIN                                                         CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| MJF514 | NM | 2004 | FORD | | BRO |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN SEE INSTRUCTIONS (opposite)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

|  | Forfeiture |
|---|---|
| $25.00 | Processing |
| **PAY THIS** | **Total Collateral** |

### YOUR COURT
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court | Date (mm/dd/yyyy) |
|---|---|
| 100 church street | |
| Las Cruces, NM | Time (hh:) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete       Original - CVB Copy       FS-5300-4 (7/05)



FBDI001L

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that __January 11, 2015__ while exercising my duties as a law officer in the __federal__ District of __NM__

While driving on US Highway 180 through the Gila National Forest in a fully marked Law Enforcement patrol vehicle, I observed a brown Ford pickup rapidly approach my vehicle from behind. The brown Ford pickup began 'tailgating' my vehicle for approximately 4 miles on US 180, which is characterized by winding curves and steep mountain grades, and passed my vehicle and a civilian vehicle in front of me around a curve on a double-yellow line in a careless and reckless manner. Due to the wet road conditions, tailgating and high rate of speed of the brown Ford pickup I believed the driver presented an immediate threat to the lives of the public and myself on the highway. I attempted to stop the brown Ford pickup by activating all emergency equipment on my vehicle and began following the brown Ford pickup which was travelling in excess of 70 mph in a posted 55 mph zone. The brown Ford pickup slowed to approximately 65 mph, but refused to pull over, even though the road shoulder at that part of US 180 is very wide and clear. I continued following the brown Ford pickup for approximately 1 and a half miles on US 180, along a stretch of the highway which is straight, flat and has multiple safe locations to pull off. The brown Ford pickup stopped near a Catron County Sheriff's Office patrol vehicle and I notified Catron County Sheriff's Office dispatch that I had stopped a brown Ford pickup bearing New Mexico license plate # MJF 514. I contacted the driver, who initially refused to identify himself and stated "You have no authority to pull me over." The driver was identified by New Mexico driver license #500462826 as Alvinbrent LANEY of Luna, NM. LANEY was issued a Violation Notice for 36 CFR 261.3A, Resisting or Interfering with Any Forest Officer in the Performance of His Official Duties for failing to yield to my fully marked patrol vehicle.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed __January 11, 2015__    _A.w Mendrick_
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: **B6**

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDI001M | MANDRICK | 2220 |

FBDI001M

### YOU ARE CHARGED WITH THE FOLLOWING

| Date and Time of Offense | Offense |
|---|---|
| 01/11/2015   15:00 | FED   36CFR   26154F |

**Place of Offense**
US HWY 180 @ MM19

Offense Description: Factual Basis for Charge      HAZMAT ☐

OPERATING A VEHICLE CARELESSLY/WRECKLESSLY

### DEFENDANT

Phone ( )

| Last Name | First Name | M. |
|---|---|---|
| LANEY | ALVINBRENT | |

Street Address: [redacted]

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LUNA | NM | 87824 | 1987 |

Drivers License: [redacted]   CDL ☐   D.L. NM   Social Security: [redacted]

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Race: _   Hair: _   Eyes: BR   Height: 6'0"   Weight: 210

### VEHICLE
VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| MJF514 | NM | 2004 | FORD | | BRO |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN
SEE INSTRUCTIONS (opposite)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite)

Forfeiture

$25.00   Processing

PAY THIS   Total Collateral

### YOUR COURT

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court: 100 church street, Las Cruces, NM

Date (mm/dd/yyyy):
Time (hh:):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)



GOVERNMENT EXHIBIT 3

FBDI001M

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that __January 11, 2015__ while exercising my duties as a law officer in the __federal__ District of __NM__

While driving on US Highway 180 through the Gila National Forest in a fully marked Law Enforcement patrol vehicle, I observed a brown Ford pickup rapidly approach my vehicle from behind. The brown Ford pickup began 'tailgating' my vehicle for approximately 4 miles on US 180, which is characterized by winding curves and steep mountain grades, and passed my vehicle and a civilian vehicle in front of me around a curve on a double-yellow line in a careless and reckless manner. Due to the wet road conditions, tailgating and high rate of speed of the brown Ford pickup I believed the driver presented an immediate threat to the lives of the public and myself on the highway. I attempted to stop the brown Ford pickup by activating all emergency equipment on my vehicle and began following the brown Ford pickup which was travelling in excess of 70 mph in a posted 55 mph zone. The brown Ford pickup slowed to approximately 65 mph, but refused to pull over, even though the road shoulder at that part of US 180 is very wide and clear. I continued following the brown Ford pickup for approximately 1 and a half miles on US 180, along a stretch of the highway which is straight, flat and has multiple safe locations to pull off. The brown Ford pickup stopped near a Catron County Sheriff's Office patrol vehicle and I notified Catron County Sheriff's Office dispatch that I had stopped a brown Ford pickup bearing New Mexico license plate # MJF 514. I contacted the driver, who initially refused to identify himself and stated "You have no authority to pull me over." The driver was identified by New Mexico driver license #500462825 as Alvinbrent LANEY of Luna, NM. LANEY was issued a Violation Notice for 36 CFR 261.54F, Operating a vehicle carelessly, recklessly, or without regard for the rights or safety of other persons or in a manner or at a speed that would endanger or be likely to endanger any person or property.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed __January 11, 2015__    _[signature] Chris Mendonck_
             Date (mm/dd/yyyy)           Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
             Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

AO 234A (Rev. 03/11)

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE VIOLATION NOTICE ISSUED | AMOUNT DUE |
|---|---|---|---|
| FBDI001L | B6 | 01/11/2015 | APPEARANCE REQUIRED |

| OFFENSE | LICENSE PLATE NUMBER |
|---|---|
| RESISTING ANY FOREST OFFICER | MJF514 |

| UNITED STATES OF AMERICA V. | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| ALVINBRENT LANEY | 04/15/2015 09:30 AM | US DISTRICT COURT 100 N CHURCH LAS CRUCES, NM 88001 |

A violation notice issued to you personally, or placed on your vehicle, remains unanswered. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form in the enclosed envelope with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must mail your payment at least 10 days before the date set for your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A check is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov.

## SPECIAL INSTRUCTIONS

---

*If payment has been sent, disregard this notice.*
Detach this portion and return it with your payment

| U. S. Courts - CVB P.O. Box 71363 Philadelphia, PA 19176-1363 (800) 827-2982 | LOCATION CODE | VIOLATION NUMBER | AMOUNT DUE |
|---|---|---|---|
| | B6 | FBDI001L | APPEARANCE REQUIRED |

| DEFENDANT'S NAME AND ADDRESS | TO PAY BY CREDIT CARD, PLEASE COMPLETE THE FOLLOWING: |
|---|---|
| ALVINBRENT LANEY | Credit card type: ☐ VISA ☐ MC ☐ AMEX ☐ DISCOVER Card holder name: Credit card number: Telephone number: Expiration date: Signature: |

You may pay on-line at www.cvb.uscourts.gov or you may pay by check or money order made payable to: **Central Violations Bureau**. Write the violation code on your check or money order.

GOVERNMENT EXHIBIT 4

AO 234A
(Rev. 03/11)

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE VIOLATION NOTICE ISSUED | AMOUNT DUE |
|---|---|---|---|
| FBDI001M | B6 | 01/11/2015 | APPEARANCE REQUIRED |

| OFFENSE | LICENSE PLATE NUMBER |
|---|---|
| OPERATING A VEHICLE CARELESSLY/WRECKLESSLY | MJF514 |

| UNITED STATES OF AMERICA V. | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| ALVINBRENT LANEY | 04/15/2015 09:30 AM | US DISTRICT COURT 100 N CHURCH LAS CRUCES, NM 88001 |

A violation notice issued to you personally, or placed on your vehicle, remains unanswered. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form in the enclosed envelope with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel. If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must mail your payment at least 10 days before the date set for your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A check is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov.

**SPECIAL INSTRUCTIONS**

---

*If payment has been sent, disregard this notice.*
*Detach this portion and return it with your payment*

| U. S. Courts - CVB P.O. Box 71363 Philadelphia, PA 19176-1363 (800) 827-2982 | LOCATION CODE | VIOLATION NUMBER | AMOUNT DUE |
|---|---|---|---|
| | B6 | FBDI001M | APPEARANCE REQUIRED |

| DEFENDANT'S NAME AND ADDRESS | TO PAY BY CREDIT CARD, PLEASE COMPLETE THE FOLLOWING: |
|---|---|
| ALVINBRENT LANEY | Credit card type:  ☐ VISA   ☐ MC   ☐ AMEX   ☐ DISCOVER<br>Card holder name:<br>Credit card number:<br>Telephone number:<br>Expiration date:<br>Signature: |

GOVERNMENT EXHIBIT 5

You may pay on-line at www.cvb.uscourts.gov or you may pay by check or money order made payable to: **Central Violations Bureau**. Write the violation number and location code on your check or money order.