# United States District Court
## Violation Notice

**CVB Location Code:** B6

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDI001M | MANDRICK | 2220 |

**YOU ARE CHARGED WITH THE FOLLOWING**

| Date and Time of Offense | Offense |
|---|---|
| 01/11/2015  15:00 | FED  36CFR  26154F |

**Place of Offense:** US HWY 180 @ MM19

**Offense Description; Factual Basis for Charge:** OPERATING A VEHICLE CARELESSLY/WRECKLESSLY

HAZMAT ☐

FBDI001M

### DEFENDANT

Phone ( )

| Last Name | First Name | M. |
|---|---|---|
| LANEY | ALVINBRENT | |

**Street Address:** [redacted]

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LUNA | NM | 87824 | [redacted] 1987 |

**Drivers License:** [redacted]   CDL ☐   D.L. NM
**Social Security:** [redacted]

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Race ___   Hair ___   Eyes BR   Height 6'0"   Weight 210

### VEHICLE
VIN ___   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| MJF514 | NM | 2004 | FORD | | BRO |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN  SEE INSTRUCTIONS (opposite)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.  SEE INSTRUCTIONS (opposite)

Forfeiture
$25.00   Processing

PAY THIS   Total Collateral

### YOUR COURT
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court:** 100 church street, Las Cruces, NM

**Date (mm/dd/yyyy):**
**Time (hh:**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)



GOVERNMENT EXHIBIT 3

FBDI001M

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that _____January 11, 2015_____ while exercising my duties as a law officer in the _____federal_____ District of _____NM_____

While driving on US Highway 180 through the Gila National Forest in a fully marked Law Enforcement patrol vehicle, I observed a brown Ford pickup rapidly approach my vehicle from behind. The brown Ford pickup began 'tailgating' my vehicle for approximately 4 miles on US 180, which is characterized by winding curves and steep mountain grades, and passed my vehicle and a civilian vehicle in front of me around a curve on a double-yellow line in a careless and reckless manner. Due to the wet road conditions, tailgating and high rate of speed of the brown Ford pickup I believed the driver presented an immediate threat to the lives of the public and myself on the highway. I attempted to stop the brown Ford pickup by activating all emergency equipment on my vehicle and began following the brown Ford pickup which was travelling in excess of 70 mph in a posted 55 mph zone. The brown Ford pickup slowed to approximately 65 mph, but refused to pull over, even though the road shoulder at that part of US 180 is very wide and clear. I continued following the brown Ford pickup for approximately 1 and a half miles on US 180, along a stretch of the highway which is straight, flat and has multiple safe locations to pull off. The brown Ford pickup stopped near a Catron County Sheriff's Office patrol vehicle and I notified Catron County Sheriff's Office dispatch that I had stopped a brown Ford pickup bearing New Mexico license plate # MJF 514. I contacted the driver, who initially refused to identify himself and stated "You have no authority to pull me over." The driver was identified by New Mexico driver license #500462825 as Alvinbrent LANEY of Luna, NM. LANEY was issued a Violation Notice for 36 CFR 261.54F, Operating a vehicle carelessly, recklessly, or without regard for the rights or safety of other persons or in a manner or at a speed that would endanger or be likely to endanger any person or property.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed _____January 11, 2015_____   _Ahn Mendrick_
           Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____

           Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident